UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------------X
ALEXANDRA K. WEISHAUPT,                    STIPULATION DISCONTINUING
                    Plaintiff,                 ACTION

    -against-                                  1:2012-cv-10807

BOSTON COLLEGE and TRUSTEES OF
BOSTON COLLEGE,
                 Defendants.
-----------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:     July 2, 2012
             Kingston, New York

_____     _____
JOHN B. JOHNSON, ESQ.                                JOHN G. RUSK, ESQ.
Corrigan, Johnson & Tutor, P.C.                      Rusk, Wadlin, Heppner & Martuscello, LLP
Attorneys for Defendants                             Attorneys for Plaintiff
141 Tremont Street                                   255 Fair Street, P.O. Box 3356
Boston, Massachusetts 02111                          Kingston, NY 12402

## CERTIFICATE OF SERVICE

      I, John B. Johnson, hereby certify that pursuant to Local Rule 5.4(C), this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). For those parties indicated as non-registered participants, if any, a paper copy will be sent by facsimile and/or U.S. First Class Mail on September 11, 2012.

                              /s/ *John B. Johnson*
                              John B. Johnson